From: The District Court of the Fifteenth Judicial District. County of Roosevelt.

STATE OF MONTANA, Plaintiff, vs. PAUL DYER, Defendant.

NO. 807C

## DECISION

The application of the above-named defendant for a review of the sentence of 5 years with 3 years suspended, imposed on September 25, 1968, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) The sentence be and remain as originally imposed by the sentencing court.

The reason for the above decision is that the sentence appears sufficiently lenient in that defendant was convicted of second degree assault punishable by not less than 1 nor more than 6 years imprisonment or by a fine not exceeding $2000, or both. The assault was upon his wife with a loaded pistol yet he received but a 5 years sentence with 3 years suspended and 15 days jail time credit and will be eligible for parole consideration in January 1969, after being received September 26, 1968.

DATED this 15th day of January, 1969.

SENTENCE REVIEW DIVISION

Philip C. Duncan, chairman; Paul G. Hatfield, Jack D. Shanstrom.

From: The District Court of the Eleventh Judicial District. County of Flathead.

STATE OF MONTANA, Plaintiff, vs. WILLIAM PHILLIP LUCK-ENBACK, Defendant.

NO. 2917

## DECISION

The application of the above-named defendant for a review of the sentence of two concurrent 5 years, imposed on October 24, 1968, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) The sentence be and remain as originally imposed by the sentencing court.

The reason for the above decision is that the sentence appears sufficiently lenient in that defendant was convicted of two counts of first degree burglary, each punishable by not less than 1 nor more than 15 years, yet he received but two concurrent 5-year sentences with a record of two prior felony convictions, 2 Federal probations and 1 parole violation, and will be eligible for parole on October 1969, after having been received October 26, 1968.

DATED this 15th day of January, 1969.

SENTENCE REVIEW DIVISION

Philip C. Duncan, chairman; Paul G. Hatfield, Jack D. Shanstrom.